Rob Bonta, State Bar No. 202668
Attorney General of California
Preeti K. Bajwa, State Bar No. 232484
Supervising Deputy Attorney General
John W. Faulconer, State Bar No. 298015
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-4481
 Fax:  (415) 703-5480
 E-mail:  John.Faulconer@doj.ca.gov
*Attorneys for Defendants Denniston, Saelee, Tsushko, Estupinan, Medina, Gamez, Endicott, B. McTaggart, Quiring, Clays, Sears, Avalos, Ables, Young, Warren, Woods, and Oehler*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RODGER ALLEY,**<br><br>                                        Plaintiff,<br><br>         v.<br><br>**ALLEN SAELEE, et al.,**<br><br>                                        Defendants. | 2:22-cv-00661-DB (PC)<br><br>**DEFENDANTS' REQUEST TO EXCUSE APPEARANCE AT SETTLEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:          March 20, 2024<br>Time:         10:00 a.m.<br>Judge:        The Honorable Jeremy D. Peterson<br>Trial Date:  None<br>Action Filed:  April 14, 2022 |

**TO THE HONORABLE MAGISTRATE JUDGE JEREMY PETERSON:**

The Court ordered an early settlement conference for this matter for March 20, 2024 at 10:00 a.m.  Defendants Denniston, Saelee, Tsushko, Estupinan, Medina, Gamez, Endicott, B. McTaggart, Quiring, Clays, Sears, Avalos, Ables, Young, Warren, Woods, and Oehler request this Court excuse their personal appearances at the upcoming settlement conference.

Defendants will be represented by Deputy Attorney General John W. Faulconer at the settlement conference. (Declaration of John W. Faulconer (Faulconer Decl.), ¶ 1.)

Defendants' representatives will have authority to settle this matter. (Faulconer Decl., ¶ 2.)

Good cause exists to excuse the appearances of Defendants at the settlement conference. The 17 Defendants perform various roles at various CDCR facilities, primarily Mule Creek State Prison. (Faulconer Decl., ¶ 3.) Requiring Defendants to attend the settlement conference proceedings will divert them from their daily responsibilities. (*Id.*) The daily duties of Defendants include the maintenance of prison security, supervising inmates, and providing services to inmates. (*Id.*) Their absences may disrupt normal activity at the institution, and redirect staff, including staff with other critical responsibilities. (*Id.*)

Because settlement decisions and full monetary authority for the upcoming conference will lie with the Defendants' counsel, it is respectfully requested that the Court excuse Defendants from appearing on March 20, 2024.

Dated: March 13, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
PREETI K. BAJWA
Supervising Deputy Attorney General

/s/ John Faulconer
JOHN W. FAULCONER
Deputy Attorney General
*Attorneys for Defendants*

SA2023401713

**[PROPOSED] ORDER**

Having reviewed the foregoing request and determined good cause, Defendants Denniston, Saelee, Tsushko, Estupinan, Medina, Gamez, Endicott, B. McTaggart, Quiring, Clays, Sears, Avalos, Ables, Young, Warren, Woods, and Oehler are excused from personally appearing at the upcoming settlement conference on March 20, 2023. Defendants will be represented by their counsel from the California Attorney General's Office.

Dated: March 13, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE