IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RODGER ALLEY,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ALLEN SAELEE, et al.,<br><br>　　　　　　　　　　　Defendants. | 2:22-cv-0661 SCR P<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983.  On August 20, 2024, the court issued a Discovery and Scheduling Order setting a December 2, 2024 deadline for discovery and a March 3, 2025 deadline for dispositive motions. (ECF No. 28.)  Defendants seek 92-day extensions of both deadlines.  Defendants' counsel states that he has been unable to complete discovery due to the press of other work.

　　　　Good cause appearing, IT IS HEREBY ORDERED that

1. Defendants' motion to modify the Discovery and Scheduling Order (ECF No. 30) is granted.
2. The parties may conduct discovery up to and including March 3, 2025, and file pretrial motions, except motions to compel, up to and including June 2, 2025.

3. In all other respects, the August 20, 2024 Discovery and Scheduling Order is unchanged.

Dated: November 22, 2024

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE